IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60427
Summary Calendar
_____

MICHAEL HENRY SMITH,

Plaintiff-Appellant,

versus

BUREAU OF PRISONS,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:98-CV-49-BrS
- - - - - - - - - -

February 25, 1999

Before POLITZ, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:*

Michael Henry Smith appeals from the district court's denial
of his petition for writ of mandamus pursuant to 28 U.S.C.
§ 1361. He argues that he is entitled to a writ of mandamus
ordering the Bureau of Prisons to to accept his administrative
appeal. We have reviewed the record and find no reversible
error. Accordingly, the judgment is AFFIRMED for essentially the
reasons stated by the district court. See Smith v. Bureau of
Prisons, No. 5:98cv49BrS (S.D. Miss. May 8, 1998).

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.